IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 JUL 19 A 9:36

James Petty #124252
Full name and prison number
of plaintiff(s)

v.

Ray B. Fivedore, Parole Officer Troy
Edward Hardy, Sgt Troy Police Dept

_____

_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:06cv639-WKW-DRB
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (X)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (X)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) N/A

Defendant(s) N/A

2. Court (if federal court, name the district; if state court, name the county) N/A

3. Docket number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __Easterling Correctional Center 200 Wallace Dr, Clio, Alabama 36017__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Troy, [South Community Center], 111 Washington St, Troy, Ala 36081__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

  NAME — ADDRESS

1. Ray B. Finedore, Pike County Court House 2nd Fl, County Probation, Parole Office, P.O. Box, Troy, AL 36081

2. Edward Hardy, 111 Washington Street, Troy, AL, 36081

3. 

4. 

5. 

6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __7 month, 11th day, 2005__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __Extored money from me by false pretenses Edward Hardy, Right to Notice to Parolees About Actions Taken.__

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

7-11-05 PLAINTIFF WAS PAROLED FROM BULLOCK WORK RELEASE. PLAINTIFF HAD A APPLICATION IN AND WAS PAROLED TO South Community CENTER TROY, AL. THE APPLICATION PLAINTIFF Completed DID NOT HAVE ANY KIND OF FEES ON IT UPON ENTERING THE CENTER, BUT UPON PLAINTIFF ENTERING The Center, EDWARD HARDY, Police OFFICER FOR TROY DID

GROUND TWO: PAROLE OFFICER VIOLATED PLAINTIFF'S DUE PROCESS AND EQUAL Protection Rights By VIOLATEING UNDER Stressful Times.

SUPPORTING FACTS: PLAINTIFF DID NOT HAVE THE MONEY TO PAY FEES BECAUSE OF Stressful Things HE WAS going Threw With EDWARD HARDY TAKEing ALL His Money But A FEW DOLLARS THAT Would'nt BUY PLAINTIFF LUNCH EVERYDAY AT WORK, Cosmetics, Cloths. PLAINTIFF WAS AFRAID TO REPORT BECAUSE HE NEVER HAD THE MONEY TO PAY. PAROLE OFFICER KNEW OF THE STRESS PETITIONER WAS UNDER but Would'nt HELP OR

GROUND THREE: _____

SUPPORTING FACTS: _____

[GROUND #1, CONTINUE]

Charge Plaintiff a substantual amount of money to enter the program, knowing that Plaintiff would pay it. The amount was $630.00. Then during his stay, the fees was as follows: $149.10 for rent a week, the rent plus fee, was not explained on application. But before Plaintiff finished the 6wk program or (6 months) he was asked to move to a transition house, which the rent was the same $149.10. If you had completed the program it was $55.00 a week. Plaintiff check was sent to direct deposit at the bank to Mr Hardy account that is were the extortion comes in.

On or about 2-23-06 Mr Hardy closed the transition house down no warning to the people living there or anything, which it was in violation of all health and fire standards of the state of Alabama.

[GROUND #2. CONTINUE]

Take into consideration the problems that Plaintiff was haveing from officer Edward Hardy about rent among other problems he violated Plaintiff without consideration to another location to were Plantiff would not have had to pay so much money that he had been extorted out of. But a police officer is beyond doing wrong. That is what I was told.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff wishes for his money back. That Officer Edward Hardy extorted from him, And for the parole officer to give Plaintiff a true and correct hearing to protect his Liberty interest, place back on parole.

x *James Petty*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 7-17-06
(Date)

x *James Petty*
Signature of plaintiff(s)