RECEIVED
2006 JUL 19 A 9:36

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

I, _James Petty_, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?  YES ( )  NO (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. __0.00__

   B. If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. __Approx 3-25-06__

2. Have you received within the past 12 months any money from any of the following sources?

   A. Business, profession, or form of self-employment?  YES ( )  NO (X)

   B. Rent payments, interest, or dividends?  YES ( )  NO (X)

   C. Pensions, annuities, or life insurance payments?  YES ( )  NO (X)

   D. Gifts or inheritances?  YES ( )  NO (X)

   E. Any other sources?  YES ( )  NO (X)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. ____

3. Do you own cash, or do you have money in a checking/savings account?  YES ( )  NO (X)

   If the answer is YES, state the total value of the items owned. _0.00_

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?  YES ( )  NO (X)

   If the answer is YES, describe the property and state its approximate value. _0.00_

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   _N/A._

   X_____
   Plaintiff

STATE OF ALABAMA
COUNTY OF _____

   Subscribed and sworn to before me on this _____ day of _____, 199__, at _____, Alabama.

   _____
   NOTARY PUBLIC in and for said County, in said State.

(SEAL)

My commission expires _____.

OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

X _James Pettry_____
   Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7-17-06___.
         (date)

_____James Petty_____
Signature of Affiant

### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ __28__ on account to his credit at the __Easterling__ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

__See attached__

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $_____  on the 1st day of _____
2. $_____  on the 1st day of _____
3. $_____  on the 1st day of _____
4. $_____  on the 1st day of _____
5. $_____  on the 1st day of _____
6. $_____  on the 1st day of _____

_____Ms Faulk Act Clerk_____
Authorized Officer of Institution

DATE __7-17-06__

```
               STATE OF ALABAMA
           DEPARTMENT OF CORRECTIONS
           EASTERLING CORR FACILITY


AIS #: 124252      NAME: PETTY, JAMES            AS OF: 07/17/2006

                 # OF     AVG DAILY     MONTHLY
         MONTH   DAYS     BALANCE       DEPOSITS
-----------------------------------------------------------------

         JUL     14       $0.00         $0.00
         AUG     31       $0.00         $0.00
         SEP     30       $0.00         $0.00
         OCT     31       $0.00         $0.00
         NOV     30       $0.00         $0.00
         DEC     31       $0.00         $0.00
         JAN     31       $0.00         $0.00
         FEB     28       $0.00         $0.00
         MAR     31       $0.00         $0.00
         APR     30       $0.00         $0.00
         MAY     31       $0.00         $0.00
         JUN     30       $0.02         $0.28
         JUL     17       $0.28         $0.00
```

M/D-5

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__SouthERN__ DIVISION

RECEIVED
2006 JUL 19 A 9:36

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JAMES PETTY #124252   )
_____     )
_____     )
_____     )
       Plaintiff(s)   )
                      )    2:06cv639-WKW-DRB
v.                    )
                      )
RAY B. FiveDore Parole Officer  )
EDWARD HARDY, SGT, Troy Police Dept  )
_____     )
_____     )
       Defendant(s)   )

MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff(s) x _James Petty_____

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

x _James Petty_____
Plaintiff(s) signature