| ENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece | A. Signature<br>X *Ray Finedore* ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) C. Date of Delivery 7/31/06 |
| ‥ll‥ll‥‥l‥l‥‥ll‥l‧ll<br>' B. Finedore<br>inty Probation, Parole Office<br>e County Courthouse, 2nd Floor<br>y, AL 36081 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>06cv639<br>proc ord<br>JCM |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| Article Number<br>(*Transfer from service label*) | 7005 1820 0002 3461 0218 |

S Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540