In the United States District Court
For Middle District of Alabama
[Northern Division]

RECEIVED
2006 AUG 24 A 9:56

James Petty #124252
[Petitioner]

v.s.                                   Case# CV-639-WK-W

Edward Hardy, et al
[Defendants]

Motion To Comply With Court
Order, On Correct Address
[Of Defendant]

This Motion is to Comply with An Order Handed Down by the District Court Date, 14th Day of August 2006, which asked for Correct Address of Defendant [Edward Hardy] Submitted is Two New Address To Comply with This Order, One is the Troy City Police Department, which we know for sure he will receive it there.

Sgt. Edward Hardy              (OR) c/o of Edward Hardy
City of Troy Police Department            P.O. Box 1303
Elm Street                                Troy, Ala. 36021
Troy, Alabama 36021

[NOTARY]

Sworn To And Subscribed before me This ~~August~~ 26th DAY, ~~2006~~ August
Month, YEAR 2006                                              10&   10&
                                                              J.P.  J.P.

_[signature: Donald Simmons]_
[NOTARY PUBLIC]

DONALD SIMMONS
Notary Public, AL State at Large
My Comm. Expires Aug. 3, 2009

[MY Comm EXPIRES]

_[signature: James Ritty]_
[PETITIONER]