IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES PETTY, #124 252            *

    Plaintiff,                  *

    v.                          *        2:06-CV-639-WKW

RAY B. FINEDOR, *et al.*,        *

    Defendants.                 *

_____

**ORDER**

On August 24, 2006 Plaintiff filed a pleading in which he advises the court of service addresses for Sgt. Edward Hardy. The CLERK is hereby DIRECTED to serve Sgt. Hardy at the Troy Police Department, Elm Street, Troy, Alabama 36081, with a copy of this order together with a copy of the complaint and the court's July 20, 2006 order of procedure. Accordingly, it is

ORDERED that Sgt. Hardy shall file an answer and written report to the complaint within forty (40) days of the filing date of this order in accordance with the court's July 20, 2006 order of procedure.

Plaintiff is advised that the court will not continue to monitor this case to ensure that each of the named defendants has been served. This is Plaintiff's responsibility. Plaintiff is cautioned that if service is not perfected on Defendant Hardy he will not be considered a party to this cause of action and this case will proceed only against those named defendants

on whom service has been perfected.

 Done this 28th day of August 2006.

        /s/ Delores R. Boyd
        DELORES R. BOYD
        UNITED STATES MAGISTRATE JUDGE