IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES PETTY, AIS# 124252,    )
                             )
      Plaintiff,             )
                             )
                             )
v.                           )    Case #2:06-CV-639-WKW
                             )
                             )
                             )
RAY B. FINEDORE, et al.,     )
                             )
      Defendant.             )

**MOTION FOR ENLARGEMENT OF TIME**

Comes now the Defendant, Ray Finedore, by counsel, moving the Court for an enlargement of time, pursuant to *Rule 6, Fed.R.Civ.Proc.,* to file an Answer and Special Report and shows unto the Court the following:

1. Defendant needs addition time to file a proper response.

2. The Plaintiff will not be prejudiced by an enlargement.

3. Defendant's request is within his time to respond.

4. Defendant request a 14-day enlargement, making his response due September 12, 2006.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

GREGORY O. GRIFFIN, SR.
CHIEF COUNSEL

s/STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
Steve.Sirmon@alabpp.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on 8-29-2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that on 8-29-2006 I mailed ,by United States Postal Service, the document to the following non-CM/ECF participants:

      **JAMES PETTY**
      **AIS #139044**
      **EASTERLING CORRECTIONAL FACILITY**
      **200 WALLACE DR.**
      **CLIO, ALABAMA 36017-2615**

Done this **29th** day of **August 2006**.

      Respectfully submitted,


      s/ STEVEN M. SIRMON
      ASSISTANT ATTORNEY GENERAL
      State Bar#: ASB-5949-S61S
      Ala. Bd. Pardons and Paroles
      301 South Ripley Street
      P.O. Box 302405
      Montgomery, Alabama 36130
      Telephone: (334) 242-8700
      Fax: (334) 353-4423
      steve.sirmon@alabpp.gov