IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JAMES PETTY, #124 252 | * |
| Plaintiff, | * |
| v. | *   2:06-CV-639-WKW |
| RAY B. FINEDOR, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Defendant Finedore's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendant's Motion for Extension of Time (Doc. No. 10) is GRANTED; and

2. Defendant is GRANTED an extension from August 28, 2006 to September 12, 2006 to file their answer and written report.

Done, this 30th day of August 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE