**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sgt. Hardy
   Troy Police Dept.
   Elm Street
   Troy, AL 36081

2. Article Number: 7005 1820 0002 3461 0256

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Alta E Starling
B. Date of Delivery: 8-29-06
C. Signature: X [signature]
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   06cv639
   Order 8/28/06 +P.O.
   cmp

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, July 1999      Domestic Return Receipt      102595-00-M-0952