Date: September 05, 2006

RE: Civil Lawsuit ( CV-639-WKW)

RECEIVED

2006 SEP -8 A 10: 05

To Whom It May Concern:

On September 03, 2006, I received a copy of a written complaint filed by James Petty. This document was placed in my mailbox at Troy Police Department 300 Elm Street Troy Alabama. I am writing to you in regards to this written document. I deny all allegations of James Pettys' complaint and request proof thereof.

Thanks,

Olanda Hardy
Case # CV-639-WKW

*[signature]*