IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES PETTY, #124 252 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-639-WKW |
| RAY B. FINEDOR, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

Upon consideration of Defendant Hardy's response/answer filed September 11, 2006, and for good cause, it is

ORDERED that on or before October 12, 2006 Defendant Hardy file a written report to Plaintiff's complaint in compliance with the court's July 20, 2006 order of procedure. **The written report must contain the sworn statements of all persons having personal knowledge of the subject matter of the complaint.** All defenses including immunity defenses must be set forth in the written report or such defenses may be waived. Authorization is hereby granted to interview all witnesses, including Plaintiff. Whenever relevant, copies of medical and/or psychiatric records shall be attached to the written report. Where Plaintiff's claim or Defendants' defenses relate to or involve the application of administrative rules, regulations or guidelines, the written report shall include copies of all such applicable administrative rules, regulations or guidelines. In addressing the claims

presented by Plaintiff, Defendant shall furnish copies of all documents, records and regulations relevant to Plaintiff's claims for relief.

Done, this 13th day of September 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE