IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JAMES PETTY, #124 252 | * |
| Plaintiff, | * |
| v. | *       2:06-CV-639-WKW |
| RAY B. FINEDOR, *et al.*, | * |
| Defendants. | * |

_____

**ORDER**

For good cause, it is

ORDERED that on or before November 2, 2006, Defendant Hardy shall SHOW CAUSE why he has failed to comply with the court's September 13, 2006 order.

Done, this 24th day of October 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE