IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES PETTY, #124 252, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 2:06-CV-639-WKW |
| RAY B. FINEDOR, et al, | * | |
| Defendants. | * | |

## NOTICE OF APPEARANCE

**COMES NOW**, the undersigned Clifton F. Hastings, and hereby enters this as his Notice of Appearance as Counsel for Defendant, Edward Olanda Hardy.

Respectfully submitted this 1st day of November, 2006.

          s/ Clifton F. Hastings
Clifton F. Hastings (HAS014)
Attorney for Defendant Edward O. Hardy
**CERVERA, RALPH & REEVES, LLC**
914 South Brundidge Street
P. O. Box 325
Troy, Alabama 36081
(334) 566-0116
(334) 566-4073 (fax)
chastings@troycable.net

## **CERTIFICATE OF SERVICE**

      I hereby certify a copy of the foregoing Notice of Appearance has been electronically served upon the following on the 1st day of November, 2006 by CM/ECF:

Steven Mallette Sirmon
Alabama Board of Pardons & Paroles
301 South Ripley St
PO Box 302405
Montgomery, AL 36130
steven.sirmon@paroles.alabama.gov

                                            s/ Clifton F. Hastings
                                            Clifton F. Hastings