IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES PETTY, #124 252, | * | |
|     Plaintiff, | * | |
| v. | * | Case No. 2:06-CV-639-WKW |
| RAY B. FINEDOR, et al, | * | |
|     Defendants. | * | |

**RESPONSE TO ORDER TO SHOW CAUSE**

    **WHEREAS** Defendant Edward Olanda Hardy initially received notice of the Complaint on September 3, 2006 and replied on September 5, 2006 (copy of the response attached hereto as "Defendant Hardy Exhibit A"). Defendant Hardy reported to work with the Troy Police Department on Sunday, October 29, 2006 and discovered the Order to Show Cause in his in-box at that time. Said Order was mailed to the Troy Police Department instead of his home address being 106 Ruth Road, Troy, Alabama. Defendant Hardy retained the undersigned Clifton F. Hastings on Monday, October 30, 2006.

    Defendant Hardy has not failed to comply with the Court's September 13, 2006 Order as he has yet to receive notice of that Order. Notice of Appearance has now been filed by Defendant Hardy's attorney, the undersigned Clifton F. Hastings and we are in the process of obtaining a copy of the file and replying to all directives of the Court accordingly. Therefore, we respectfully request the Order to Show Cause be withdrawn.

Respectfully submitted this 1st day of November, 2006.

          s/ Clifton F. Hastings
Clifton F. Hastings (HAS014)
Attorney for Defendant Edward O. Hardy
**CERVERA, RALPH & REEVES, LLC**
914 South Brundidge Street
P. O. Box 325
Troy, Alabama 36081
(334) 566-0116

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Notice of Appearance has been electronically served upon the following on the 1st day of November, 2006 by CM/ECF:

Steven Mallette Sirmon
Alabama Board of Pardons & Paroles
301 South Ripley St
PO Box 302405
Montgomery, AL 36130
steven.sirmon@paroles.alabama.gov

          s/ Clifton F. Hastings
          Clifton F. Hastings

Date: September 05, 2006

RE: Civil Lawsuit ( CV-639-WKW)

To Whom It May Concern:

On September 03, 2006, I received a copy of a written complaint filed by James Petty. This document was placed in my mailbox at Troy Police Department 300 Elm Street Troy Alabama. I am writing to you in regards to this written document. I deny all allegations of James Pettys' complaint and request proof thereof.

Thanks,

*Olanda Hardy*

Olanda Hardy
Case # CV-639-WKW