IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES PETTY, #124 252 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-639-WKW |
| RAY B. FINEDOR, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

For good cause, it is

ORDERED that Defendant Hardy is GRANTED an extension from October 12, 2006 to December 1, 2006 to comply with the court's order entered September 13, 2006 that he file an answer and written report to Plaintiff's complaint.

The Clerk is DIRECTED to furnish counsel for Defendant Hardy with a copy of the docket sheet for this action as well as a copy of Document Numbers 4, 14, & 15.

Done, this 2nd day of November 2006.

                                              /s/Delores R. Boyd
                                        DELORES R. BOYD
                                        UNITED STATES MAGISTRATE JUDGE