IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES PETTY, #124 252 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-639-WKW |
| RAY B. FINEDOR, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

Upon consideration of Defendant Hardy's November 1, 2006 response, it is

ORDERED that the court's October 24, 2006 order to show cause (Doc. No. 17) is

QUASHED.

Done, this 2nd day of November 2006.

                                              /s/Delores R. Boyd
                                       DELORES R. BOYD
                                       UNITED STATES MAGISTRATE JUDGE