IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

James Petty # 124252
   Plaintiff,

Vs.

Ray B. Finedor, et al,
   Defendant's

Civil Action No: 2:06-CV-639-WKW

## Motion For A Extension

Comes Now The Plaintiff James Petty, Pro, Se, moves this Honorable Court for A Extension, And as Therefore States The following grounds;

1. On the 12th day of December 2006, This Court Order Plaintiff to Filed A Response in opposition to the defendant's such pleading on or before January 3, 2007.

2. Plaintiff Requests A 20 days Extension.

3. For good cause is lack of use the Law Library, Because of the Rules Here Inmates must sign A List And wait their turn for the use of the Law Library. Plaintiff is at the end of the List His turn is for this month Jan 2007.

Respectfully Submitted This __2__ day of __Jan 2007__

                                              Signature of Plaintiff

RECEIVED 2007 JAN -4 A 10:03
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Certificate of Service

I JAMES PETTY, CERTIFY THAT ON JAN 2 2007 I MAILED A COPY OF THIS FOREGOING PLEADING UPON THE DEFENDANT'S ATTORENYS, BY POSTAGE PREPAID AND PROPERLY ADDRESSED, TO;

Defendants Attoreny Address;
Celvera, Ralph, - Reeves
Post Office Box 325
Troy AL, 36081

_James Petty_
Signature of Plaintiff