IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES PETTY, #124 252 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-639-WKW |
| RAY B. FINEDOR, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

On January 4, 2007 Plaintiff filed a Motion for Extension of Time to respond to Defendants' written reports. (Doc. No. 25.) Plaintiff's motion has been read, considered, and shall be granted.

Accordingly, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 25), is GRANTED;

2. Plaintiff is GRANTED an extension from January 3, 2007 to January 23, 2007 to file a response to Defendants' written reports.

Done, this 5th day of January 2007.

                                                   /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE