IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES PETTY, #124252, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-639-WKW |
| | )   (WO) |
| RAY B. FINEDOR, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **ORDER**

On January 30, 2007, the Magistrate Judge filed a Recommendation (Doc. # 31) that the claims of Plaintiff be dismissed without prejudice. Upon an independent review of the file in this case, upon consideration of the Recommendation of the Magistrate Judge, and there being no timely objections filed, it is hereby ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 31) is ADOPTED; and

2. Plaintiff's Complaint (Doc. # 1) is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this the 26th day of February, 2007.

                                               /s/ W. Keith Watkins
                                           UNITED STATES DISTRICT JUDGE